# DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA

## COURT OF APPEAL, THIRD CIRCUIT

NO: CW 15-00300

**Judgment rendered and mailed to all parties or counsel of record on April 8, 2015.**

ROXANNE LATIOLAIS
VERSUS
HUDSON INSURANCE COMPANY,
ET AL.

FILED: 04/02/15

On application of Roxanne Latiolais for Supervisory Writ in No. 2011-4809 on the docket of the Fifteenth Judicial District Court, Parish of Lafayette, Honorable Michelle M. Breaux.

|  | Counsel for: |
| --- | --- |
| James Christian Lewis | Roxanne Latiolais |
|  |  |
|  | Counsel for: |
| John Patrick Guillory | Acme Truck Line, Inc. |
|  | Hudson Insurance Company |
|  | John Mhire |
|  |  |
|  | Counsel for: |
| Sidney Wallis Degan, III | Gemini Insurance Company |
| Foster P. Nash, III |  |
| Philip Charles Brickman |  |
|  |  |
|  | Counsel for: |
| David Thomas Butler, Jr. | LUBA Insurance Company |

Lake Charles, Louisiana, on April 8, 2015.

**STAY DENIED.**
**WRIT GRANTED IN PART AND MADE PEREMPTORY; WRIT DENIED IN PART.**

We find that the trial court erred in ordering the plaintiff to undergo a functional capacity evaluation (FCE) by Samuel Forester, a physical therapist. A physical therapist is not one of the professionals permitted to conduct examinations pursuant to La.Code Civ.P. art. 1464. *See Williams v. Smith*, 576 So.2d 448 (La.1991)(limiting examinations to those professionals specifically set forth in Article 1464). Therefore, we hereby reverse the trial court's ruling ordering the FCE. As this court orders that the FCE be set aside, we decline to issue a ruling regarding the issue of whether good cause has been shown for an FCE.

_____ _____ _____
JCP                                          JTG                                          JEC